B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of North Carolina - Raleigh Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>New Innovative Products, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>56-1863160 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2180 Hwy, 70-A East<br>Pine Level, NC<br><br>ZIP Code 27568 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Johnston | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 118<br>Pine Level, NC<br><br>ZIP Code 27568 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(04/13)                                                                                                                                                        **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | New Innovative Products, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
New Innovative Products, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X   /s/ Trawick H. Stubbs, Jr.
_____
Signature of Attorney for Debtor(s)

   Trawick H. Stubbs, Jr. 4221
_____
Printed Name of Attorney for Debtor(s)

   Stubbs & Perdue, P.A.
_____
Firm Name
   PO Box 1654
   New Bern, NC 28563

_____
Address

   252-633-2700
_____
Telephone Number
   May 19, 2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Tracy Rhodes
_____
Signature of Authorized Individual
   Tracy Rhodes
_____
Printed Name of Authorized Individual
   Vice-President
_____
Title of Authorized Individual
   May 19, 2015
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina - Raleigh Division

In re    New Innovative Products, Inc.        Case No. _____

                                                      Debtor(s)        Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Smith Debnam<br>Attn: Manager or Agent<br>PO Box 26268<br>Raleigh, NC 27611-6268 | Smith Debnam<br>Attn: Manager or Agent<br>PO Box 26268<br>Raleigh, NC 27611-6268 | | | 93,540.87 |
| PNC Bank<br>Attn: Mgr., Officer or Agt<br>301 Fayetteville St.<br>Ste 1100<br>Raleigh, NC 27601 | PNC Bank<br>Attn: Mgr., Officer or Agt<br>301 Fayetteville St.<br>Raleigh, NC 27601 | lien on all assets | | 203,000.00<br><br>(110,255.49 secured) |
| Curtis Brent Keepers<br>c/o Lamar Armstrong<br>602 S. Third Street<br>Smithfield, NC 27577 | Curtis Brent Keepers<br>c/o Lamar Armstrong<br>602 S. Third Street<br>Smithfield, NC 27577 | 15 CVS 612 | | 73,549.00<br><br>(0.00 secured) |
| Kipper Tool Company, Inc.<br>Attn: Manager or Agent<br>P.O. Box 1750<br>Gainesville, GA 30503 | Kipper Tool Company, Inc.<br>Attn: Manager or Agent<br>P.O. Box 1750<br>Gainesville, GA 30503 | | | 45,792.90 |
| Reliance Design & Mfg Corp<br>Attn: Manager or Agent<br>19 L166 Yen He St<br>Yung Kang District<br>Tai Nan City, Taiwan, ROC | Reliance Design & Mfg Corp<br>Attn: Manager or Agent<br>19 L166 Yen He St<br>Tai Nan City, Taiwan, ROC | vickylu@reliance-tnpc.com | | 34,236.48 |
| Dunn & Dunn, CPAs, PLLC<br>Attn: Manager or Agent<br>P.O. Box 1308<br>Smithfield, NC 27577 | Dunn & Dunn, CPAs, PLLC<br>Attn: Manager or Agent<br>P.O. Box 1308<br>Smithfield, NC 27577 | | | 9,643.97 |
| TennPlasco<br>Attn: Manager or Agent<br>30 Industrial Drive<br>Lafayette, TN 37083 | TennPlasco<br>Attn: Manager or Agent<br>30 Industrial Drive<br>Lafayette, TN 37083 | | | 8,843.48 |
| Entec Polymers, LLC<br>Attn: Manager or Agent<br>1900 Summit Tower Blvd<br>Suite 900<br>Orlando, FL 32810 | Entec Polymers, LLC<br>Attn: Manager or Agent<br>1900 Summit Tower Blvd<br>Orlando, FL 32810 | | | 7,177.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   New Innovative Products, Inc. _____    Case No.   _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| PNC Visa<br>Attn: Manager or Agent<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | PNC Visa<br>Attn: Manager or Agent<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | | | 7,113.97 |
| Overbee Properties<br>Attn: Manager or Agent<br>P.O. Box 593<br>Pine Level, NC 27568 | Overbee Properties<br>Attn: Manager or Agent<br>P.O. Box 593<br>Pine Level, NC 27568 | March - May rent | | 6,000.00 |
| Prime Engineered Components<br>Attn: Manager or Agent<br>1012 Buckingham St<br>Watertown, CT 06795 | Prime Engineered Components<br>Attn: Manager or Agent<br>1012 Buckingham St<br>Watertown, CT 06795 | | | 5,304.13 |
| Weiss-Rohlig USA, LLC<br>Attn: Manager or Agent<br>4820 Clark Howell Hwy.<br>Suite A-4<br>Atlanta, GA 30349 | Weiss-Rohlig USA, LLC<br>Attn: Manager or Agent<br>4820 Clark Howell Hwy.<br>Atlanta, GA 30349 | | | 5,280.26 |
| PNC Visa 2<br>Attn: Manager or Agent<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | PNC Visa 2<br>Attn: Manager or Agent<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | | | 4,153.86 |
| Halkey-Roberts<br>Attn: Manager or Agent<br>2700 Halkey Roberts Place, N<br>Saint Petersburg, FL 33716 | Halkey-Roberts<br>Attn: Manager or Agent<br>2700 Halkey Roberts Place, N<br>Saint Petersburg, FL 33716 | | | 3,384.00 |
| UPS Supply Chain Solutions<br>Attn: Manager or Agent<br>28013 Network Place<br>Chicago, IL 60673 | UPS Supply Chain Solutions<br>Attn: Manager or Agent<br>28013 Network Place<br>Chicago, IL 60673 | | | 3,093.05 |
| Syracuse Plastics of NC<br>Attn: Manager or Agent<br>P.O. Box 1067<br>Cary, NC 27512 | Syracuse Plastics of NC<br>Attn: Manager or Agent<br>P.O. Box 1067<br>Cary, NC 27512 | Invoice 126830 | | 2,796.12 |
| R&R Tool & Mold<br>Attn: Manager or Agent<br>1680 Moro Drive<br>Windsor, Ontario | R&R Tool & Mold<br>Attn: Manager or Agent<br>1680 Moro Drive<br>Windsor, Ontario | | | 2,562.68 |
| Fedex Truckload Brokerage<br>Attn: Manager or Agent<br>P.O. Box 645123<br>Pittsburgh, PA 15264-5123 | Fedex Truckload Brokerage<br>Attn: Manager or Agent<br>P.O. Box 645123<br>Pittsburgh, PA 15264-5123 | | | 2,520.00 |
| Blackley's Printg & Sign Shop<br>Attn: Manager or Agent<br>229 E. Main Street<br>Clayton, NC 27520 | Blackley's Printg & Sign Shop<br>Attn: Manager or Agent<br>229 E. Main Street<br>Clayton, NC 27520 | | | 1,845.71 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  New Innovative Products, Inc.                                    Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ameritek, Inc.<br>Attn:  Manager or Agent<br>122 S. Walnut Circle<br>Greensboro, NC 27409 | Ameritek, Inc.<br>Attn:  Manager or Agent<br>122 S. Walnut Circle<br>Greensboro, NC 27409 | | | 1,768.27 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 19, 2015                                    Signature   /s/ Tracy Rhodes
                                                                   Tracy Rhodes
                                                                   Vice-President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    New Innovative Products, Inc.                ,     Case No. _____

                       Debtor

                                          Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 172,131.93 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 339,030.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 514,877.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 172,131.93 | | |
| Total Liabilities | | | | 853,907.34 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    New Innovative Products, Inc.                                  ,    Case No. _____
                                                        Debtor

                                                                              Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    New Innovative Products, Inc.                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
| --- | --- | --- | --- |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re    New Innovative Products, Inc.                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank checking account ending in 7433 | - | 1,382.05 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,382.05 |
| (Total of this page) | |

  2    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   New Innovative Products, Inc.                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable | - | 24,786.88 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >   | 24,786.88 |
|---|---|---|
|  | (Total of this page)   |  |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   New Innovative Products, Inc. _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, chairs, office supplies, wall hangings | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Clark LP Model GPX15E Forklift, S/N GPX127E-0089-9352FB | - | 3,000.00 |
| | | Molding tools | - | 50,000.00 |
| 30. Inventory. | | Transit cases and components | - | 92,463.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 145,963.00 |
| Total > | 172,131.93 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Rev. 12/2009

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

IN THE MATTER OF:                                                                          CASE NUMBER:
New Innovative Products, Inc.
        Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   Tracy Rhodes   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $**            0.00

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $**            0.00

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is   0  .

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $**            0.00

4.  NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $**            0.00

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| -NONE- | | |

Schedule C-1 - Property Claimed as Exempt - 12/2009

6. NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7. NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $              0.00

9. NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10. NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11. NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12. NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13. TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:  $              0.00

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| -NONE- | |

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| -NONE- | |

16.  FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| -NONE- | |

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| -NONE- | |

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.  Of the United States or its agencies as provided by federal law.

b.  Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.  Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.  Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.  For payment of obligations contracted for the purchase of specific real property affected.

f.  For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.  For statutory liens, on the specific property affected, other than judicial liens.

h.  For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.  For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.  Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.  Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   Tracy Rhodes   , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  May 19, 2015                          /s/ Tracy Rhodes

                                                    Tracy Rhodes

                                                                    Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __New Innovative Products, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. <br><br> Creditor #: 1 <br> Curtis Brent Keepers <br> c/o Lamar Armstrong <br> 602 S. Third Street <br> Smithfield, NC 27577 | X | - | | Judgment <br><br> 15 CVS 612 <br><br><br> Value $              0.00 | | | | 73,549.00 | 73,549.00 |
| Account No. xxxxxxxxx3487 <br><br> Creditor #: 2 <br> OnDeck Capital, Inc. <br> Attn:  Manager or Agent <br> 901 North Stuart St. <br> Arlington, VA 22203 | | - | | <br><br><br> Value $              0.00 | | | | 604.76 | 604.76 |
| Account No. xxxxxxxxxxx2859 <br><br> Creditor #: 3 <br> PNC Bank <br> Attn:  Mgr., Officer or Agt <br> 301 Fayetteville St. <br> Ste 1100 <br> Raleigh, NC 27601 | | - | | Operating line of credit <br><br> lien on all assets <br><br> Value $       110,255.49 | | | | 203,000.00 | 92,744.51 |
| Account No. 2903 <br><br> Creditor #: 4 <br> PNC Bank <br> Attn:  Mgr., Officer or Agt <br> 301 Fayetteville St. <br> Ste 1100 <br> Raleigh, NC 27601 | | - | | First lien <br><br> All assets <br><br> Value $       172,131.93 | | | | 61,876.44 | 0.00 |

_____0_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 339,030.20 | 166,898.27 |
| Total <br> (Report on Summary of Schedules) | 339,030.20 | 166,898.27 |

B6E (Official Form 6E) (4/13)

In re    New Innovative Products, Inc.                                    ,        Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    New Innovative Products, Inc.                                      ,          Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 taxes | | | | | |
| Creditor #: 1 Johnston Co. Tax Collector Attn: Manager or Agent P.O. Box 451 Smithfield, NC 27577 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re     New Innovative Products, Inc.                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x1166 | | | | | | | |
| Creditor #: 1 Ameritek, Inc. Attn: Manager or Agent 122 S. Walnut Circle Greensboro, NC 27409 | - | | | | | | 1,768.27 |
| Account No. xx4013 | | | | | | | |
| Creditor #: 2 Atlantic Corporation Attn: Manager or Agent P.O. Box 60002 Charlotte, NC 28260 | - | | | | | | 179.34 |
| Account No. xxxxxx6978 | | | | | | | |
| Creditor #: 3 Badger Color Concentrates Attn: Manager or Agent P.O. Box 92170 Elk Grove Village, IL 60009 | - | | | | | | 1,118.02 |
| Account No. 1732 | | | | | | | |
| Creditor #: 4 Blackley's Printg & Sign Shop Attn: Manager or Agent 229 E. Main Street Clayton, NC 27520 | - | | | | | | 1,845.71 |

|  |  |
|---|---|
| __9__ continuation sheets attached | Subtotal (Total of this page)     4,911.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re  New Innovative Products, Inc. _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 5 Buck's Fire Extinguisher Attn: Manager or Agent P.O. Box 142 Pikeville, NC 27863 | - | | | | | | | 50.00 |
| Account No. | | | | | | | | |
| Creditor #: 6 Cellofoam Attn: Manager or Agent 2107 Eastview Pkwy Conyers, GA 30013 | - | | | | | | | 393.57 |
| Account No. xxxxx3006 | | | | | | | | |
| Creditor #: 7 Con-Way Freight, Inc. Attn: Manager or Agent P.O. Box 5160 Portland, OR 97208-5160 | - | | | | | | | 1,589.10 |
| Account No. | | | | | | | | |
| Creditor #: 8 Dunn & Dunn, CPAs, PLLC Attn: Manager or Agent P.O. Box 1308 Smithfield, NC 27577 | - | | | | | | | 9,643.97 |
| Account No. NEWINNOVAT | | | | | | | | |
| Creditor #: 9 Entec Polymers, LLC Attn: Manager or Agent 1900 Summit Tower Blvd Suite 900 Orlando, FL 32810 | - | | | | | | | 7,177.50 |

Sheet no. __1__ of __9__ sheets attached to Schedule of   Subtotal   18,854.14
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    New Innovative Products, Inc.                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-x569-0 | | | | | | | |
| Creditor #: 10 FedEx Attn: Manager or Agent P.O. Box 371461 Pittsburgh, PA 15250-7461 | - | | | | | | 600.72 |
| Account No. | | | | | | | |
| North Shore Agency Collections for FedEx 270 Spagnoli Road Suite 110 Melville, NY 11747 | | | Representing: FedEx | | | | Notice Only |
| Account No. NEWIPINC | | | | | | | |
| Creditor #: 11 Fedex Truckload Brokerage Attn: Manager or Agent P.O. Box 645123 Pittsburgh, PA 15264-5123 | - | | | | | | 2,520.00 |
| Account No. | | | | | | | |
| Creditor #: 12 Janet & Irv Fuller 341 Salt Road Groton, NY 13073 | X - | | | | | | 20,000.00 |
| Account No. | | | | | | | |
| Creditor #: 13 Gooroo Computers Attn: Manager or Agent 2176-B Hwy 70A East Pine Level, NC 27568 | - | | | | | | 226.08 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,346.80

B6F (Official Form 6F) (12/07) - Cont.

In re    New Innovative Products, Inc. _____,    Case No. _____

_____Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx9620 | | | | 4/23/2014 | | | | |
| Creditor #: 14 Govgistics, Inc. Attn: Manager or Agent 905 Clint Moore Road Boca Raton, FL 33487 | | - | | | | | | 125.00 |
| Account No. 5580 | | | | | | | | |
| Creditor #: 15 Halkey-Roberts Attn: Manager or Agent 2700 Halkey Roberts Place, N Saint Petersburg, FL 33716 | | - | | | | | | 3,384.00 |
| Account No. | | | | | | | | |
| Creditor #: 16 Heavner Realty Company Attn: Manager or Agent P.O. Box 1266 Smithfield, NC 27577 | | - | | | | | | 285.00 |
| Account No. | | | | | | | | |
| Creditor #: 17 Hewett & Wood, P.A. Attn: Manager or Agent P.O. Box 369 Selma, NC 27576 | | - | | | | | | 425.00 |
| Account No. | | | | | | | | |
| Creditor #: 18 Int'l Contract Molding Attn: Manager or Agent P.O. Box 410251 Charlotte, NC 28273 | | - | | | | | | 1,067.50 |

| | |
|---|---|
| Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 5,286.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   New Innovative Products, Inc. _____ ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx9792 Creditor #: 19 Kipper Tool Company, Inc. Attn: Manager or Agent P.O. Box 1750 Gainesville, GA 30503 | - | | | | | | 45,792.90 |
| Account No. xxx-xx0313 Creditor #: 20 Narron, O'Hale, et al Attn: Manager or Agent P.O. Box 1567 Smithfield, NC 27577 | - | | | | | | 1,330.00 |
| Account No. Creditor #: 21 Old Dominion Freight Line Attn: Manager or Agent P.O. Box 198475 Atlanta, GA 30384-8475 | - | | | | | | 1,085.67 |
| Account No. Creditor #: 22 Overbee Properties Attn: Manager or Agent P.O. Box 593 Pine Level, NC 27568 | - | | March - May rent | | | | 6,000.00 |
| Account No. 8703 Creditor #: 23 PNC Visa Attn: Manager or Agent P.O. Box 856177 Louisville, KY 40285-6177 | - | | | | | | 7,113.97 |

| Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 61,322.54 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    New Innovative Products, Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6850 | | | | | | | | |
| Creditor #: 24<br>PNC Visa 2<br>Attn:  Manager or Agent<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | | - | | | | | | 4,153.86 |
| Account No. | | | | | | | | |
| Creditor #: 25<br>Polyone Corporation<br>Attn:  Manager or Agent<br>P.O. Box 223554<br>Pittsburgh, PA 15251-2554 | | - | | | | | | 92.76 |
| Account No. | | | | | | | | |
| Creditor #: 26<br>Premium Assignment Corp<br>Attn:  Manager or Agent<br>P.O. Box 8000<br>Tallahassee, FL 32314 | | - | | | | | | 589.23 |
| Account No. x-1661 | | | | | | | | |
| Creditor #: 27<br>Prime Engineered Components<br>Attn:  Manager or Agent<br>1012 Buckingham St<br>Watertown, CT 06795 | | - | | | | | | 5,304.13 |
| Account No. | | | | | | | | |
| Creditor #: 28<br>R&R Tool & Mold<br>Attn:  Manager or Agent<br>1680 Moro Drive<br>Windsor, Ontario | | - | | | | | | 2,562.68 |

Sheet no. __5__ of __9__ sheets attached to Schedule of                     Subtotal                    12,702.66
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   New Innovative Products, Inc. _____,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 29 Eugene & Julita Ramos 5797 Commonwealth Dr. Las Vegas, NV 89110 | X | - | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| Creditor #: 30 James & Constance Ramos 4701 Shirle Drive Placerville, CA 95667 | X | - | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| Creditor #: 31 Melvin & Nancy Ramos 241 6th Street Seal Beach, CA 90740 | X | - | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| Creditor #: 32 Steve Ramos P.O. Box 118 Pine Level, NC 27568 | | - | | | | | | 169,852.23 |
| Account No. 3165 | | | | | | | | |
| Creditor #: 33 Reliable Hardware Co. Attn:  Manager or Agent 11319 Van Owen Street North Hollywood, CA 91605 | | - | | | | | | 1,119.92 |

Sheet no.  __6__  of  __9__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   235,972.15

B6F (Official Form 6F) (12/07) - Cont.

In re   New Innovative Products, Inc. _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | vickylu@reliance-tnpc.com | | | | |
| Creditor #: 34 Reliance Design & Mfg Corp Attn: Manager or Agent 19 L166 Yen He St Yung Kang District Tai Nan City, Taiwan, ROC | - | | | | | | | 34,236.48 |
| Account No. | | | | | | | | |
| Creditor #: 35 Rusken Packaging Co. Attn: Manager or Agent P.O. Box 11407 Birmingham, AL 35246 | - | | | | | | | 662.50 |
| Account No. US-US/1504/41020 | | | | Representing: Rusken Packaging Co. | | | | Notice Only |
| Altus Global Trade Solutions Attn: Manager or Agent P.O. Box 1389 Kenner, LA 70063 | | | | | | | | |
| Account No. xxxxxx.0001 | | | | | | | | |
| Creditor #: 36 Smith Debnam Attn: Manager or Agent PO Box 26268 Raleigh, NC 27611-6268 | - | | | | | | | 93,540.87 |
| Account No. 6203 | | | | | | | | |
| Creditor #: 37 Spencer Products, Inc. Attn: Manager or Agent 110001 S. Commerce Blvd Suite H Charlotte, NC 28273 | - | | | | | | | 227.98 |

Sheet no. _7__ of _9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,667.83

B6F (Official Form 6F) (12/07) - Cont.

In re    New Innovative Products, Inc.                                  ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Invoice 126830 | | | | |
| Creditor #: 38 Syracuse Plastics of NC Attn:  Manager or Agent P.O. Box 1067 Cary, NC 27512 | - | | | | | | | 2,796.12 |
| Account No. | | | | | | | | |
| Creditor #: 39 TennPlasco Attn:  Manager or Agent 30 Industrial Drive Lafayette, TN 37083 | - | | | | | | | 8,843.48 |
| Account No. | | | | | | | | |
| Creditor #: 40 United Parcel Service ATTN: Managing Agent PO Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | | 45.86 |
| Account No. xxxx6075 | | | | | | | | |
| Creditor #: 41 UPS Freight LTL Attn:  Manager or Agent P.O. Box 533238 Charlotte, NC 28290 | - | | | | | | | 1,458.35 |
| Account No. xxxxx4241 | | | | | | | | |
| Creditor #: 42 UPS Supply Chain Solutions Attn:  Manager or Agent 28013 Network Place Chicago, IL 60673 | - | | | | | | | 3,093.05 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,236.86

B6F (Official Form 6F) (12/07) - Cont.

In re  New Innovative Products, Inc. _____ ,    Case No. _____

_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Creditor #: 43 <br> Waste Management <br> Attn: Managing Agent <br> P.O. Box 105453 <br> Atlanta, GA 30348-5453 | - | | | | | | 354.00 |
| Account No. NEWINNNLV <br><br> Creditor #: 44 <br> Weiss-Rohlig USA, LLC <br> Attn: Manager or Agent <br> 4820 Clark Howell Hwy. <br> Suite A-4 <br> Atlanta, GA 30349 | - | | | | | | 5,280.26 |
| Account No. <br><br> Creditor #: 45 <br> Wilmington Box Company <br> Attn: Manager or Agent <br> P.O. Box 2764 <br> Christiansburg, VA 24068 | - | | | | | | 865.28 |
| Account No. xxx6800 <br><br> Creditor #: 46 <br> WS Packaging Group, Inc. <br> Attn: Manager or Agent <br> Drawer 706 <br> Milwaukee, WI 53278 | - | | | | | | 711.04 |
| Account No. <br><br> Creditor #: 47 <br> Xerox Corp <br> Attn: Manager or Agent <br> P.O. Box 827598 <br> Philadelphia, PA 19182 | - | | | | | | 365.74 |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | 7,576.32 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 514,877.14 |

B6G (Official Form 6G) (12/07)

.

In re      New Innovative Products, Inc.
_____,      Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Govgistics, Inc.<br>Attn:  Manager or Agent<br>905 Clint Moore Road<br>Boca Raton, FL 33487 | Contract for government logistics information |
| Overbee Properties<br>Attn:  Manager or Agent<br>P.O. Box 593<br>Pine Level, NC 27568 | Lease of commercial building located at 2180 Hwy 70A East, Pine Level, NC  27568 |
| Waste Management<br>Attn:  Managing Agent<br>P.O. Box 105453<br>Atlanta, GA 30348-5453 | Service Agreement for Waste |

_0_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   New Innovative Products, Inc. _____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | Curtis Brent Keepers<br>c/o Lamar Armstrong<br>602 S. Third Street<br>Smithfield, NC 27577 |
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | Eugene & Julita Ramos<br>5797 Commonwealth Dr.<br>Las Vegas, NV 89110 |
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | James & Constance Ramos<br>4701 Shirle Drive<br>Placerville, CA 95667 |
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | Janet & Irv Fuller<br>341 Salt Road<br>Groton, NY 13073 |
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | Melvin & Nancy Ramos<br>241 6th Street<br>Seal Beach, CA 90740 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   New Innovative Products, Inc.                                    Case No.
                                            Debtor(s)                    Chapter      11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 19, 2015                          Signature   /s/ Tracy Rhodes
                                                          Tracy Rhodes
                                                          Vice-President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   New Innovative Products, Inc.                                           Case No.

                                             Debtor(s)               Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $166,718.00 | 11/1/2014 to 5/1/2015 |
| $594,297.50 | 11/1/2013 to 10/31/2014 |
| $723,464.00 | 11/1/2012 to 10/31/13 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                          SOURCE

---

B7 (Official Form 7) (04/13)                                                                                                      2

### 3. Payments to creditors

None
■       *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐       b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Curtis Brent Keepers | 3/10/2015 | $73,549.09 | $73,549.00 |
| Entec Polymers, LLC<br>Attn:  Manager or Agent<br>1900 Summit Tower Blvd<br>Suite 900<br>Orlando, FL 32810 | 3/26/2015 - $4,355.00<br>3/23/2015 - $10,000.00 | $14,355.00 | $7,177.50 |
| OnDeck Capital, Inc.<br>Attn:  Manager or Agent<br>901 North Stuart St.<br>Arlington, VA 22203 | See attached exhibit A | $38,704.64 | $604.76 |

None
☐       c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | 7/3/2014 - $3000.00<br>9/10/2014 - $1000.00<br>11/21/2014 - $500.00<br>12/19/2014 - $500.00<br>1/8/2015 - $500 | $5,500.00 | $169,852.23 |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐       a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                  3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Curtis Brent Keepers v. New Innovative Products, Inc. and Steve Ramos, 15 CVS 612 | Contract | Johnston County Civil Superior Court | Judgment |
| R&R Tool & Mold, Inc. vs. New Innovative Products, Inc., 13 CVS 2176 | Collection | Johnston Co. Civil Superior Court | Involuntary dismissal |
| Curtis Brent Keepers v. New Innovative Products, Inc. and Steve Ramos, 13 CVS 3825 | Contract | Johnston Co. Civil Superior Court | Involuntary dismissal |
| Mewborn B. Wilson v. New Innovative Products, Inc., 13 CVS 436 | Contract | Johnston Co. Civil Superior Court | Judgment |

None
☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mewborn B. Wilson c/o L. Lamar Armstrong, Esq. P.O. Box 27 Smithfield, NC 27577 | July, 2014 | Forklift was seized and returned once judgment in the amount of approximately $32,000.00 was satisfied. |

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                             4

---

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A. | 4/16/2015, Steve Ramos | $6,000 |
| 310 Craven Street | 4/21/2015, Steve Ramos | $4,000 |
| PO Box 1654 | | |
| New Bern, NC 28563-1654 | * See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor | |

---

### 10. Other transfers

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Deacon Jones Auto Dealership | 4/24/2014 | 2008 Suburban for $18,500 |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                 5

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
     the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

#### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Brenda Sullivan<br>430 Sullivan Road<br>Selma, NC 27576 | 12/11/2007 to 12/31/2014 |
| Tracy Rhodes, Bookkeeper<br>2108 Hwy 70-A East<br>Pine Level, NC 27568 | 12/1/2014 to current |
| Dunn & Dunn, CPAs, PLLC<br>Attn:  Manager or Agent<br>P.O. Box 1308<br>Smithfield, NC 27577 | 2005 to current |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Tracy Rhodes, Bookkeeper | 2108 Hwy 70-A East<br>Pine Level, NC 27568 |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

#### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 5/7/2015 | Travis Archible | $92,463 cost value |
| 9/1/2012 | Travis Archible | $376,544.93 |

None
☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 5/7/2015 | Debtor |

B7 (Official Form 7) (04/13)                                                                                                    8

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 9/1/2012 | Debtor |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Steve Ramos | President | 100% owner |
| Tracy Rhodes (Named as VP 4/13/15 solely for purposes of the Ch | Vice-President | |

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Tracy Rhodes | Compensation received since 4/13/2015 | $2,794.37 |
| Vice-President named on 4/13/2015 | | |

---

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    9

---

**25. Pension Funds.**

None      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
  ■        employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                 10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  May 19, 2015                                    Signature    /s/ Tracy Rhodes
                                                                   Tracy Rhodes
                                                                   Vice-President


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*



# NEW INNOVATIVE PRODUCTS, INC.
## Find Report
### February 18 through May 18, 2015

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|
| Check | 05/18/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -604.76 |
| Check | 05/15/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -1,209.52 |
| Check | 05/14/2015 | DRAF | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -1,814.28 |
| Check | 05/13/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -2,419.04 |
| Check | 05/12/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -3,023.80 |
| Check | 05/11/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -3,628.56 |
| Check | 05/08/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -4,233.32 |
| Check | 05/07/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -4,838.08 |
| Check | 05/06/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -5,442.84 |
| Check | 05/05/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -6,047.60 |
| Check | 05/04/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -6,652.36 |
| Check | 05/01/2015 | DRAFT | ON DECK | | PNC Bank | | On Deck Loan | -604.76 | -7,257.12 |
| Check | 04/30/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -7,861.88 |
| Check | 04/29/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -8,466.64 |
| Check | 04/28/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -9,071.40 |
| Check | 04/27/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -9,676.16 |
| Check | 04/24/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -10,280.92 |
| Check | 04/23/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -10,885.68 |
| Check | 04/22/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -11,490.44 |
| Check | 04/21/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -12,095.20 |
| Check | 04/20/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -12,699.96 |
| Check | 04/17/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -13,304.72 |
| Check | 04/16/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -13,909.48 |
| Check | 04/15/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -14,514.24 |
| Check | 04/14/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -15,119.00 |
| Check | 04/13/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -15,723.76 |
| Check | 04/10/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -16,328.52 |
| Check | 04/09/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -16,933.28 |
| Check | 04/08/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -17,538.04 |
| Check | 04/07/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -18,142.80 |
| Check | 04/06/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -18,747.56 |
| Check | 04/03/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -19,352.32 |
| Check | 04/02/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -19,957.08 |
| Check | 04/01/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -20,561.84 |
| Check | 03/31/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -21,166.60 |
| Check | 03/30/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -21,771.36 |
| Check | 03/27/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -22,376.12 |
| Check | 03/26/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -22,980.88 |
| Check | 03/25/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -23,585.64 |
| Check | 03/24/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -24,190.40 |
| Check | 03/23/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -24,795.16 |
| Check | 03/20/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -25,399.92 |
| Check | 03/19/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -26,004.68 |
| Check | 03/18/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -26,609.44 |

9:31 AM
05/18/15
Accrual Basis

# NEW INNOVATIVE PRODUCTS, INC.
## Find Report
### February 18 through May 18, 2015

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|--------|---------|
| Check | 03/17/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -27,214.20 |
| Check | 03/16/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -27,818.96 |
| Check | 03/13/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -28,423.72 |
| Check | 03/12/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -29,028.48 |
| Check | 03/11/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -29,633.24 |
| Check | 03/10/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -30,238.00 |
| Check | 03/09/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -30,842.76 |
| Check | 03/06/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -31,447.52 |
| Check | 03/05/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -32,052.28 |
| Check | 03/04/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -32,657.04 |
| Check | 03/03/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -33,261.80 |
| Check | 03/02/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -33,866.56 |
| Check | 02/27/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -34,471.32 |
| Check | 02/26/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -35,076.08 |
| Check | 02/25/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -35,680.84 |
| Check | 02/24/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -36,285.60 |
| Check | 02/23/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -36,890.36 |
| Check | 02/20/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -37,495.12 |
| Check | 02/19/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -38,099.88 |
| Check | 02/18/2015 | DRAFT | ON DECK | | PNC Bank | √ | On Deck Loan | -604.76 | -38,704.64 |
| **Feb 18 - May 18, 15** | | | | | | | | **-38,704.64** | **-38,704.64** |

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    New Innovative Products, Inc.             ,      Case No. _____

                         Debtor

                                             Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Steve Ramos<br>P.O. Box 118<br>Pine Level, NC 27568 | Common stock | 100% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ May 19, 2015 _____            Signature _/s/ Tracy Rhodes_____

                                                    Tracy Rhodes<br>                                                  Vice-President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

NEW INNOVATIVE PRODUCTS, INC.
P.O. BOX 118
PINE LEVEL, NC 27568

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 26504
RALEIGH, NC 27611-6504

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

ALTUS GLOBAL TRADE SOLUTIONS
ATTN: MANAGER OR AGENT
P.O. BOX 1389
KENNER, LA 70063

AMERITEK, INC.
ATTN:  MANAGER OR AGENT
122 S. WALNUT CIRCLE
GREENSBORO, NC 27409

ATLANTIC CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 60002
CHARLOTTE, NC 28260

BADGER COLOR CONCENTRATES
ATTN:  MANAGER OR AGENT
P.O. BOX 92170
ELK GROVE VILLAGE, IL 60009

BLACKLEY'S PRINTG & SIGN SH
ATTN:  MANAGER OR AGENT
229 E. MAIN STREET
CLAYTON, NC 27520

BUCK'S FIRE EXTINGUISHER
ATTN:  MANAGER OR AGENT
P.O. BOX 142
PIKEVILLE, NC 27863

CELLOFOAM
ATTN:  MANAGER OR AGENT
2107 EASTVIEW PKWY
CONYERS, GA 30013

CON-WAY FREIGHT, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 5160
PORTLAND, OR 97208-5160

DUNN & DUNN, CPAS, PLLC
ATTN:  MANAGER OR AGENT
P.O. BOX 1308
SMITHFIELD, NC 27577

ENTEC POLYMERS, LLC
ATTN:  MANAGER OR AGENT
1900 SUMMIT TOWER BLVD
SUITE 900
ORLANDO, FL 32810

FEDEX
ATTN:  MANAGER OR AGENT
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

FEDEX TRUCKLOAD BROKERAGE
ATTN:  MANAGER OR AGENT
P.O. BOX 645123
PITTSBURGH, PA 15264-5123

JANET & IRV FULLER
341 SALT ROAD
GROTON, NY 13073

GOOROO COMPUTERS
ATTN:  MANAGER OR AGENT
2176-B HWY 70A EAST
PINE LEVEL, NC 27568

GOVGISTICS, INC.
ATTN:  MANAGER OR AGENT
905 CLINT MOORE ROAD
BOCA RATON, FL 33487

HALKEY-ROBERTS
ATTN:  MANAGER OR AGENT
2700 HALKEY ROBERTS PLACE, N
SAINT PETERSBURG, FL 33716

HEAVNER REALTY COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 1266
SMITHFIELD, NC 27577

HEWETT & WOOD, P.A.
ATTN:  MANAGER OR AGENT
P.O. BOX 369
SELMA, NC 27576

INT'L CONTRACT MOLDING
ATTN:  MANAGER OR AGENT
P.O. BOX 410251
CHARLOTTE, NC 28273

JOHNSTON CO. TAX COLLECTO
ATTN:  MANAGER OR AGENT
P.O. BOX 451
SMITHFIELD, NC 27577

CURTIS BRENT KEEPERS
C/O LAMAR ARMSTRONG
602 S. THIRD STREET
SMITHFIELD, NC 27577

KIPPER TOOL COMPANY, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 1750
GAINESVILLE, GA 30503

NARRON, O'HALE, ET AL
ATTN:  MANAGER OR AGENT
P.O. BOX 1567
SMITHFIELD, NC 27577

NORTH SHORE AGENCY
COLLECTIONS FOR FEDEX
270 SPAGNOLI ROAD
SUITE 110
MELVILLE, NY 11747

OLD DOMINION FREIGHT LINE
ATTN:  MANAGER OR AGENT
P.O. BOX 198475
ATLANTA, GA 30384-8475

ONDECK CAPITAL, INC.
ATTN:  MANAGER OR AGENT
901 NORTH STUART ST.
ARLINGTON, VA 22203

OVERBEE PROPERTIES
ATTN:  MANAGER OR AGENT
P.O. BOX 593
PINE LEVEL, NC 27568

PNC BANK
ATTN:  MGR., OFFICER OR AGT
301 FAYETTEVILLE ST.
STE 1100
RALEIGH, NC 27601

PNC VISA
ATTN: MANAGER OR AGENT
P.O. BOX 856177
LOUISVILLE, KY 40285-6177

PNC VISA 2
ATTN:  MANAGER OR AGENT
P.O. BOX 3429
PITTSBURGH, PA 15230-3429

POLYONE CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 223554
PITTSBURGH, PA 15251-2554

PREMIUM ASSIGNMENT CORP
ATTN:  MANAGER OR AGENT
P.O. BOX 8000
TALLAHASSEE, FL 32314

PRIME ENGINEERED COMPONENTS
ATTN:  MANAGER OR AGENT
1012 BUCKINGHAM ST
WATERTOWN, CT 06795

R&R TOOL & MOLD
ATTN:  MANAGER OR AGENT
1680 MORO DRIVE
WINDSOR, ONTARIO

EUGENE & JULITA RAMOS
5797 COMMONWEALTH DR.
LAS VEGAS, NV 89110

JAMES & CONSTANCE RAMOS
4701 SHIRLE DRIVE
PLACERVILLE, CA 95667

MELVIN & NANCY RAMOS
241 6TH STREET
SEAL BEACH, CA 90740

STEVE RAMOS
P.O. BOX 118
PINE LEVEL, NC 27568

RELIABLE HARDWARE CO.
ATTN:  MANAGER OR AGENT
11319 VAN OWEN STREET
NORTH HOLLYWOOD, CA 91605

RELIANCE DESIGN & MFG CORP
ATTN:  MANAGER OR AGENT
19 L166 YEN HE ST
YUNG KANG DISTRICT
TAI NAN CITY, TAIWAN, ROC

RUSKEN PACKAGING CO.
ATTN:  MANAGER OR AGENT
P.O. BOX 11407
BIRMINGHAM, AL 35246

SMITH DEBNAM
ATTN:  MANAGER OR AGENT
PO BOX 26268
RALEIGH, NC 27611-6268

SPENCER PRODUCTS, INC.
ATTN:  MANAGER OR AGENT
110001 S. COMMERCE BLVD
SUITE H
CHARLOTTE, NC 28273

SYRACUSE PLASTICS OF NC
ATTN:  MANAGER OR AGENT
P.O. BOX 1067
CARY, NC 27512

TENNPLASCO
ATTN:  MANAGER OR AGENT
30 INDUSTRIAL DRIVE
LAFAYETTE, TN 37083

UNITED PARCEL SERVICE
ATTN: MANAGING AGENT
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UPS FREIGHT LTL
ATTN:  MANAGER OR AGENT
P.O. BOX 533238
CHARLOTTE, NC 28290

UPS SUPPLY CHAIN SOLUTIONS
ATTN:  MANAGER OR AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673

WASTE MANAGEMENT
ATTN:  MANAGING AGENT
P.O. BOX 105453
ATLANTA, GA 30348-5453

WEISS-ROHLIG USA, LLC
ATTN:  MANAGER OR AGENT
4820 CLARK HOWELL HWY.
SUITE A-4
ATLANTA, GA 30349

WILMINGTON BOX COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 2764
CHRISTIANSBURG, VA 24068

WS PACKAGING GROUP, INC.
ATTN:  MANAGER OR AGENT
DRAWER 706
MILWAUKEE, WI 53278

XEROX CORP
ATTN:  MANAGER OR AGENT
P.O. BOX 827598
PHILADELPHIA, PA 19182

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   New Innovative Products, Inc.

Debtor(s)      Case No. _____

Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 19, 2015 _____

/s/ Tracy Rhodes _____
Tracy Rhodes/Vice-President
Signer/Title